IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

v.					No. 4:05CR00048 GH

JASON NICHOLAS BEYARD					DEFENDANT

## **ORDER**

Pending before the Court is defendant's March 21st motion to reopen bond hearing as his aunt, Deborah Wilson, has come forward as a potential third party custodian in hopes that defendant can be released from custody pending sentencing. The government responded on March 27th that, prior to a hearing, a determination should be made by pretrial services as to whether or not the aunt is suitable.

The Court agrees with the government's suggestion. Accordingly, defendant's March 21st motion (#30) to reopen bond hearing is granted. A bond hearing will be held at 9:30 a.m. on April 13, 2006, in Courtroom 2A. The United States Probation Office is directed to investigate whether this proposed third-party custodian is indeed suitable and report its findings to the Court and counsel as soon as possible. The Clerk is directed to provide the Probation Office with a copy of this order.

IT IS SO ORDERED this 29th day of March, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE