**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**APR 2 1 2006**

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    No. 4:05CR00048 GH

JASON NICHOLAS BEYARD                                          DEFENDANT

### ORDER

Pending before the Court is the government's April 21st motion to revoke defendant's release on bond and that he be detained pending sentencing on May 5th. The motion states that, on April 12th, defendant was released on electronic monitoring with home detention and to the third party custody of his aunt. The government states, that since that time, it has learned that the defendant had written a co-defendant a letter approximately two weeks ago. It continues that defendant was ordered to have no contact with a co-defendant when he was released, but defendant contacted this co-defendant multiple times yesterday evening. The government submits that defendant poses a danger to the community, that a warrant for his arrest be immediately issued, that he be brought before the Court for a detention hearing, and that defendant be detained pending sentencing.

Based on the information contained in the motion, the Court directs the Clerk to immediately issue a warrant for defendant's arrest and that the warrant be delivered to the United States Marshal. Once defendant has been taken into custody, a hearing will be held.

IT IS SO ORDERED this 21ᵗ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE