IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                      NO. 4:05CR00048-01 GH

JASON BEYARD

## ORDER

On April 24, 2006, defendant along with his counsel appeared before this court on the government's motion to revoke bond. At the request of counsel for defendant, the hearing is continued to May 2, 2006 at 1:00 p.m.

Defendant will remain in the custody of the U. S. Marshal.

IT IS SO ORDERED this ___26___ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE